IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                    Case No. 1:16-cr-10004

MICHAEL MATHIS                                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 28, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 85. On April 24, 2017, Defendant filed a *pro se* Motion to Order Refund of Attorney's Fees, requesting that the Court order his former attorney in the above-captioned case—Floyd Mattison Thomas, III—to refund the retainer he paid. ECF No. 45. Judge Bryant recommends that Defendant's motion should be dismissed without prejudice because the Court lacks jurisdiction to hear Defendant's claim. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's motion is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of March, 2018.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge