IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          Case No. 1:16-cr-10004

MICHAEL MATHIS                                                        DEFENDANT

## **ORDER**

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure. (ECF No. 90). Upon consideration of the same, the Court is of the opinion that same motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on January 27, 2016, be on the same day hereby dismissed against defendant Michael Mathis.

**IT IS SO ORDERED**, this 1st day of October, 2018.

                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge